5 pages

**PAGE 5 OF 5.**

**No. 04-14-00509-CV   Gloria E Ochoa  v. Nail**

**Flower Nail Salon**

**Attention: Keith E. Hottle – FAX 210-335-2762**

Keith, as per our telephone conversation on 5-6-15, I am writing to advise that I was unable to file my Appellants Amended Brief dated 4-30-15, on date of 5-4-15.

I was in hospital on 5-3-15 and on strong medications on 5-4-15.

I did make it to office on 5-4-15, but late and your office was already closed.

I am representing myself -pro se and request that you take the above information under consideration and I not be penalized etc. for 1 day delayed filing.

I did come into your office next day on 5-5-15 and filed Appellants Amended Brief of 4-30-15,  as your records will indicate & show.

Please advise me if anything else if needed.

I appreciate your help.

Thank you.

Gloria E. Ochoa

**Gloria E Ochoa**

**Phone: Cell 210-309-0744.  Home: 210-736-1408**

# Page 1 of 5

# No.04-14-00509-CV

# CAUSE No 2013-CI-12691

## FOURTH COURT OF APPEALS

## CADENA-REEVES JUSTICE CENTER

## ATTENTION: KEITH E. HOTTLE

## PHONE: 210-335-2510

## FAX 210-335-2762

**300 Dolorosa, Suite 300**

**San Antonio, Texas 78205-3037**

**Original Brief date February 9, 2015**

## APPELLANTS BRIEF - AMENDED 4-30-15.

## Page 2 of 5

## GLORIA E. OCHOA–APPELLANT, APPELLANT IN PROPIA PERSONA

## V.

## NAIL FLOWER NAIL/BEAUTY SALON-APPELLEE.

## ON APPEAL FROM THE 224TH JUDICIAL DISTRICT COURT

## IN BEXAR COUNTY, TEXAS

From the 224th Judicial District Court, Bexar County, Texas

Trial Court No 2013-CI-12691

Honorable Antonia Arteaga, Judge Presiding

**Page 3 of 5**

**Appellant/Plaintiff:　　Plaintiff/Appellant's Counsel**

**Gloria E. Ochoa – Appellant in Propria Persona**

**542 Williamsburg Place**

**San Antonio, Texas 78201**

**Phone: 210-309-0744**

**Phone: 210-736-1408**

**Page 4 of 5**

**Appellee/Defendant:    Defendant/Appellee's Counsel:**

**Campbell, Miller & Associates**

**300 Convent, Suite 2350**

**San Antonio, Texas 78205**

**Phone: 210-229-9879**

**Fax 210-229-9878**